**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN THE MATTER OF APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN HISTORICAL AND PROSPECTIVE RECORDS CONTAINING CELL SITE INFORMATION, PEN REGISTER / TRAP AND TRACE DEVICES WITH CELL SITE INFORMATION, AND GPS PING DATA CONCERNING THE TARGET MOBILE PHONE BEARING T-MOBILE PHONE NUMBER (614) 929-1862 | Case No. 2:23-mj-429 <br><br> **Filed Under Seal** |

**SEALED MOTION TO SEAL CASE**

Now comes the United States of America, by and through undersigned counsel, and respectfully requests the Court order that all papers in support of this application, including the affidavit and warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation and prosecution that is neither public nor known to the target of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior or otherwise seriously jeopardize the investigation.

WHEREFORE, the Government respectfully requests that the case be SEALED.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Jennifer M. Rausch
JENNIFER M. RAUSCH (0075138)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Jennifer.Rausch@usdoj.gov